JOHN U. HUSSEY et al., Appellants, *v.* CITY BANK
FARMERS TRUST COMPANY, Respondent.

(Submitted December 16, 1932; decided January 17, 1933.)

*R. S. Nichols* for appellants.

*Edward M. Cameron, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.